IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01230-DDD-SKC

LANE MASSINGALE, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

LIBERTY OILFIELD SERVICES, LLC,

    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear their own costs.

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice, each party to bear their own costs.

**SO STIPULATED.**

Dated:  October 2, 2020

| | |
|---|---|
| *s/Brian D. Goznales* | *s/Michelle Muhleisen* |
| Brian D. Gonzales | Michelle Muhleisen |
| THE LAW OFFICES OF | Steven Reid |
| BRIAN D. GONZALES, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2580 East Harmony Road, Suite 201 | |
| Fort Collins, Colorado 80528 | 2000 South Colorado Boulevard Tower Three Suite 900 |
| Telephone: (970) 214-0562 | |
| bgonzales@coloradowagelaw.com | Denver, Colorado 80222 |
| | Telephone: (303) 764-6800 |
| Nicholas A. Migliaccio | michelle.muhleisen@ogletreedeakins.com |
| Jason S. Rathod | steven.reid@ogletreedeakins.com |
| MIGLIACCIO & RATHOD LLP | |
| 412 H Street N.E., Suite 302 | *Counsel for Defendant* |
| Washington, DC 20002 | |

Telephone: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

D. Aaron Rihn
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, Pennsylvania 15219-1918
Telephone: (412) 281-7229
arihn@peircelaw.com

*Counsel for Plaintiff*